**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (If known): _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Forest Meadows Holdings, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-2872099 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 746 Garden Walk Blvd <br> Number    Street | 1120 Avenue of the Americas <br> Number    Street |
| | | _____ | 4th Floor <br> P.O. Box |
| | | Atlanta        GA    30349-8515 <br> City        State    ZIP Code | New York        NY    10036 <br> City        State    ZIP Code |
| | | Clayton County <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number    Street <br><br> _____ <br> City        State    ZIP Code |

| 5. | **Debtor's website** (URL) | https://www.forestmeadows.net/ |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Forest Meadows Holdings, LLC**_____   Case number (*if known*)_____
       Name

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

531100

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check **all** that apply*: |

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **2**

Debtor    Forest Meadows Holdings, LLC_____    Case number (*if known*)_____
        Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                 Number     Street<br>_____<br>_____<br>City                      State     ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>     Contact name _____<br>     Phone _____ |

### ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000        ☐ 50,001-100,000<br>☐ 100-199        ☐ 10,001-25,000        ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000        ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000        ☑ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million        ☐ $100,000,001-$500 million        ☐ More than $50 billion |

Debtor   Forest Meadows Holdings, LLC _____   Case number (*if known*)_____
         Name

| 16. **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/04/2025
             MM / DD / YYYY

✖ /s/ Patrick Castelli                              Patrick Castelli
Signature of authorized representative of debtor    Printed name

Title  Managing Director

18. **Signature of attorney**

✖ /s/ William Rountree                              Date  05/04/2025
Signature of attorney for debtor                          MM / DD / YYYY

William Rountree
Printed name
Rountree, Leitman, Klein & Geer, LLC
Firm name
2987 Clairmont Road Suite 350
Number     Street
Atlanta                                             GA          30329
City                                                State       ZIP Code

404-584-1238                                        wrountree@rlkglaw.com
Contact phone                                       Email address

616503                                              GA
Bar number                                          State

**Fill in this information to identify the case:**

Debtor name __Forest Meadows Holdings, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Rohan Refurbishing Company<br>1719 Pinewalk Ln<br>Riverdale, GA, 30274 | | Suppliers or Vendors | | | | 90,045.00 |
| 2 | Chadwell Supply Inc<br>7555 Wood Rd. Suite 100<br>Douglasville, GA, 30134 | | Suppliers or Vendors | | | | 48,121.00 |
| 3 | DB Electric Inc<br>4738 Rabun Drive<br>Douglasville, GA, 30135 | | Suppliers or Vendors | | | | 30,087.00 |
| 4 | Creative Multicare Inc<br>100 Andrew Dr<br>Stockbridge, GA, 30281 | | Suppliers or Vendors | | | | 23,938.00 |
| 5 | Real Floors, Inc<br>560 WEBB INDUSTRIAL DRIVE, SUITE 100<br>Marietta, GA, 30062 | | Suppliers or Vendors | | | | 19,089.86 |
| 6 | Tim Moran CPA, PLLC<br>612 Cabin Crk Trl<br>Mars Hill, NC, 28754 | | Services | | | | 18,139.00 |
| 7 | Clayton County Water Authority<br>1600 Battle Creek Road<br>Morrow, GA, 30260 | | Utility Services | | | | 17,245.45 |
| 8 | Sesmas Tree Service LLC<br>1530 Purcell Rd<br>Lawrenceville, GA, 30043 | | Suppliers or Vendors | | | | 16,466.67 |

Debtor __Forest Meadows Holdings, LLC_____  Case number (*if known*)_____
      Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Quality Carpet & Vinyl, Inc.<br>700 Pinnacle Ct. Ste 200<br>Norcross, GA, 30071 | | Suppliers or Vendors | | | | 13,397.21 |
| 10 | Top Notch Carpet, LLC<br>140 Napa Dr.<br>Mcdonough, GA, 30253 | | Suppliers or Vendors | | | | 13,110.00 |
| 11 | Performance Waste Solutions<br>4636 Gilhams Rd<br>Roswell, GA, 30075 | | | | | | 9,662.25 |
| 12 | Street Digital Media LLC<br>1008 Burnside Lane NW<br>Atlanta, GA, 30318 | | Suppliers or Vendors | | | | 7,500.00 |
| 13 | Essential Solutions Property Management, LLC<br>7000 Central Parkway NE, Suite 1100<br>Atlanta, GA, 30328 | | Suppliers or Vendors | | | | 7,184.95 |
| 14 | Screening Reports, Inc.<br>2900 Monarch Lakes Blvd., Suite 201<br>Hollywood, FL, 33027 | | Suppliers or Vendors | | | | 4,805.01 |
| 15 | Weaver Landscape Group, LLC<br>4751 Best Road, Suite 275<br>Atlanta, GA, 30337 | | Suppliers or Vendors | | | | 4,700.00 |
| 16 | Altima Services, LLC<br>1401 Azalea Brook Drive<br>Lawrenceville, GA, 30043 | | Suppliers or Vendors | | | | 3,465.00 |
| 17 | Jaguar Services<br>20 Lynchburg Street<br>Hampton, GA, 30228 | | Suppliers or Vendors | | | | 3,350.00 |
| 18 | RealPage, Inc.<br>2201 Lakeside Blvd., Attn: Legal Dept.<br>Richardson, TX, 75082 | | Suppliers or Vendors | | | | 2,835.19 |
| 19 | FIRE X, INC. DBA FIRE DEFENSE CENTER<br>2834 Sullivan Rd<br>Atlanta, GA, 30337 | | Suppliers or Vendors | | | | 1,934.20 |
| 20 | Apartments, LLC<br>540 W Madison St<br>14th Floor<br>Chicago, IL, 60661 | | Suppliers or Vendors | | | | 1,295.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name __Forest Meadows Holdings, LLC__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/04/2025__          ✗ __/s/ Patrick Castelli_____
MM / DD / YYYY                               Signature of individual signing on behalf of debtor

__Patrick Castelli_____
Printed name

__Managing Director_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Altima Services, LLC
1401 Azalea Brook Drive
Lawrenceville, GA 30043

Ameristar Screen & Glass
3991 Old Dixie Hwy
Atlanta, GA 30354

Apartments 247.com
1250 W Charleston Park Ave
Pahrump, NV 89048

Apartments, LLC
540 W Madison St
14th Floor
Chicago, IL 60661

Chadwell Supply Inc
7555 Wood Rd. Suite 100
Douglasville, GA 30134

Clayton County Water Authority
1600 Battle Creek Road
Morrow, GA 30260

Creative Multicare Inc
100 Andrew Dr
Stockbridge, GA 30281

Davis & Sons, Inc.
3392 Florence Road
Powder Springs, GA 30127

DB Electric Inc
4738 Rabun Drive
Douglasville, GA 30135

Docuverus, LLC
102 Carrie Lynne Court
Mullica Hill, NJ 08062

Essential Solutions Property Management, LLC
7000 Central Parkway NE, Suite 1100
Atlanta, GA 30328

Fannie Mae
5800 Tennyson Pkwy
Plano, TX 75024

Fellers Schewe Scott & Roberts Inc
2513 N Royal Pl
Tucker, GA 30084

FIRE X, INC. DBA FIRE DEFENSE CENTER
2834 Sullivan Rd
Atlanta, GA 30337

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

Georgia Power
96 Annex

HappyCo, Inc.
5857 Owens Avenue, Suite 300
Carlsbad, CA 92008

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

J & C Services Group
3467 Dunlin Shore Ct
Norcross, GA 30092

J Turner Research, LP
14811 Saint Marys Lane #140

Jaguar Services
20 Lynchburg Street
Hampton, GA 30228

Kennon Peebles, Jr., Esq.
Law Office of Kennon Pebbles, Jr.
3296 Summit Ridge Pkwy Ste. 1720
Duluth, GA 30096

Landscape Management Services, Inc.
1595 McCurdy Drive
Stone Mountain, GA 30083

Lawrenceville Pest Control, LLC
1517 Quail Run
Auburn, GA 30011


LH Contractors, LLC
1125 Swan Mill Ct
Suwanee, GA 30024


MC America GLK LLC
3830 Regal Oaks Drive
Suwanee, GA 30024


NewPoint Real Estate Capital, LLC
5800 Tennyson Parkway
Suite 200
Plano, TX 75024


Omega Pest Solution
PO Box 173443
Fayetteville, GA 30214


Performance Waste Solutions
4636 Gilhams Rd
Roswell, GA 30075


PRESTIGE TELECOM WIRELESS LLC
325 CENTENIAL OLYMPIC PARK DR APT 1118
Atlanta, GA 30313


Quality Carpet & Vinyl, Inc.
700 Pinnacle Ct. Ste 200
Norcross, GA 30071


Real Floors, Inc
560 WEBB INDUSTRIAL DRIVE, SUITE 100
Marietta, GA 30062


RealPage, Inc.
2201 Lakeside Blvd., Attn: Legal Dept.
Richardson, TX 75082


Reborn Branding LLC
925B Peachtree St NE, Suite 168
Atlanta, GA 30309


Rohan Refurbishing Company
1719 Pinewalk Ln
Riverdale, GA 30274


Rudder & Associates
5655 Lake Acworth Drive
Ste. 310
Acworth, GA 30101


Screening Reports, Inc.
2900 Monarch Lakes Blvd., Suite 201
Hollywood, FL 33027


Sesmas Tree Service LLC
1530 Purcell Rd
Lawrenceville, GA 30043


Sherwin Williams Flooring
101 WEST PROSPECT AVENUE
Cleveland, OH 44115


Street Digital Media LLC
1008 Burnside Lane NW
Atlanta, GA 30318


Summit Fire & Security LLC
1950 S McCarran Boulevard
Reno, NV 89502


The Kopy Shop, Inc.


Tim Moran CPA, PLLC
612 Cabin Crk Trl
Mars Hill, NC 28754


Top Notch Carpet, LLC
140 Napa Dr.
Mcdonough, GA 30253


Weaver Landscape Group, LLC
4751 Best Road, Suite 275
Atlanta, GA 30337


YES ENERGY MANAGEMENT
9910 Federal Drive, Suite 100
Colorado Springs, CO 80921


Zumper Inc
95 Third Street, 2nd Floor
San Francisco, CA 94103

United States Bankruptcy Court

Northern District of Georgia

In re: Forest Meadows Holdings, LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/04/2025

/s/ Patrick Castelli
Signature of Individual signing on behalf of debtor

Managing Director
Position or relationship to debtor